FILED
CLERK, U.S. DISTRICT COURT
8/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALFONSO SALDANA-SOLORIO,<br><br>　　　　Defendant. | CR 2:25-cr-00681-CV<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Officer or Employee Resulting in Bodily Injury] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1), (b)]

　　On or about July 14, 2025, in Los Angeles County, within the Central District of California, defendant ALFONSO SALDANA-SOLORIO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim H.P., an employee of the Department of Homeland Security, Immigration Customs Enforcement, Enforcement and Removal Operations, and in doing so made physical contact with H.P., while H.P. was engaged in, and on account of, the performance of H.P.'s official duties, resulting in bodily injury to H.P.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b)]

On or about July 14, 2025, in Los Angeles County, within the Central District of California, defendant ALFONSO SALDANA-SOLORIO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim G.G., an employee of the Federal Bureau of Investigation, and in doing so made physical contact with G.G., while G.G. was engaged in, and on account of, the performance of G.G.'s official duties, resulting in bodily injury to G.G.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, Transnational
  Organized Crime Section

2